Gregory GREEN, Plaintiff-Appellant,

v.

**HORRY COUNTY; Jimmy A. Richardson, II; Scott Hixon, Defendants-Appellees.**

No. 17-7327

United States Court of Appeals, Fourth Circuit.

Submitted: January 18, 2018

Decided: January 23, 2018

Gregory Green, Appellant Pro Se.

Before GREGORY, Chief Judge, and SHEDD and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Green appeals the district court's order accepting the recommendation of the magistrate judge and dismiss-

ing without prejudice Green's 42 U.S.C. § 1983 (2012) complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Green v. Horry Cty.*, No. 4:17-cv-01304-RBH, 2017 WL 4324843 (D.S.C. Sept. 29, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*